THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. DONALD ARMSTEAD, Defendant-Appellant.

(No. 60335;

First District (5th Division)—July 11, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Donald M. Devlin, and Eugene J. Rudnik, Jr., Assistant State's Attorneys, of counsel), for the People.